# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 12-5068                                    September Term, 2012
                                               FILED ON: MAY 7, 2013

NATIONAL ASSOCIATION OF MANUFACTURERS, ET AL.,
                                APPELLANTS

v.

NATIONAL LABOR RELATIONS BOARD, ET AL.,
                                APPELLEES

Consolidated with 12-5138

Appeals from the United States District Court
for the District of Columbia
(No. 1:11-cv-01629)

Before: HENDERSON and BROWN, *Circuit Judges*, and RANDOLPH, *Senior Circuit Judge*

**J U D G M E N T**

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in these causes be affirmed in part, be reversed in part, and the posting rule be vacated, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

                                               **FOR THE COURT:**
                                               Mark J. Langer, Clerk

BY:
                                               /s/
                                               Jennifer M. Clark
                                               Deputy Clerk

Date: May 7, 2013

Opinion for the court filed by Senior Circuit Judge Randolph.
Concurring opinion filed by Circuit Judge Henderson, with whom Circuit Judge Brown joins.